IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Panico, et al

Plaintiff,

v.

BDR Thermea, et al

Defendant.

CASE NO. C11-2378 EDL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

F. Jerome Tapley , whose business address and telephone number is

Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200, Birmingham, Alabama 35205
(205) 328-2200

and who is an active member in good standing of the bar of State of Alabama

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff(s)

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 11, 2011

Elizabeth D. Laporte
United States Magistrate Judge