CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
CLIFFORD L. CARTER, SBN 149621
KIRK J. WOLDEN, SBN 138902
865 Howe Avenue
Sacramento, CA 95825
Telephone:  (916) 924-3100
Fax:  (916) 924-1829
Email:  kirk@justice4you.com

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com

Michael F. Ram (SBN 104805)
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Attorney for Plaintiffs and the **CLASS**

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MELISSA PANICO, individually, and as mother and next friend of, SIGNE WHELAN and OSCAR WHELAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>BDR THERMEA, BAXI GROUP, and MILES INDUSTRIES LTD.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 3:11-cv-02378-EDL<br><br>STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE |

Dismissal Without Prejudice
Case No. 3:11-cv-02378-EDL                                1

1  The parties, by and through their respective attorneys, stipulate to a dismissal of this
2  action without prejudice as to defendants BDR Thermea and BAXI Group only, pursuant to
3  Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction over
4  and in connection with a tolling agreement between plaintiff on the one hand and dismissed
5  defendants on the other executed in consideration for this dismissal, including said
6  agreement's interpretation or enforcement.
7  SO STIPULATED:
8
9  Date: January 24, 2012              CLAYEO C. ARNOLD
                                        A Professional Law Corporation
10
11
                                        By: _____/s_____
12                                         KIRK J. WOLDEN
                                           Attorney for Plaintiffs and Class
13
14 Date: January 24, 2012              LAW OFFICES OF JONES & DYER
                                        A Professional Corporation
15
16
                                        By: _____/s_____
17                                         GREGORY F. DYER
                                           Attorney for Defendants,
18                                         BDR THERMEA and BAXI GROUP
19
20                                      **ORDER**
21
22  IT IS SO ORDERED.
23
    Dated: January 25, 2012
24                                      _____
                                        UNITED STATES
25                                      Judge Elizabeth D. Laporte
26
27
28

Dismissal Without Prejudice
Case No. 3:11-cv-02378-EDL            2

Re: *Panico, Melissa v. BDR Thermea, et al.*
Northern District Court, Case No.: 3:11-cv-02378-EDL

## PROOF OF SERVICE

I, Connie McComb, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 865 Howe Avenue, Sacramento, CA 95825.

On January 24, 2012, I served the within STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope by:

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in the designated area to be deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business;

[ ]  (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail/UPS depository at Sacramento, California; overnight service;

[ ]  (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed below;

[ ]  (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents.

[ ]  (BY TRANSMITTING VIA EMAIL OR ELECTRONIC TRANSMISSION) the document(s) listed above to the addressees listed on the attached service list at the email addresses listed thereon.

Sean Whelan
158 Funston Avenue
San Francisco, CA  94118

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 24, 2012, at Sacramento, California.

*Connie McComb*
Connie McComb

Proof Of Service                          1