Clayeo C. Arnold SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
CLAYEO C. ARNOLD
A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-mail: kirk@justice4you.com

F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com; rlutz@cwcd.com

Michael F. Ram, SBN 104805
Kirk Boyd, SBN 122759
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com; kboyd@rocklawcal.com

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MELISSA PANICO, individually, and as mother and next friend of, SIGNE WHELAN and OSCAR WHELAN,<br><br>       Plaintiff,<br>  vs.<br><br>MILES INDUSTRIES LTD.<br><br>       Defendant. | Case No.: 3:11-cv-02378-EDL<br><br>**STIPULATION AND ORDER VACATING DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS** |

The parties have reached an agreement that resolves the discovery dispute giving rise to the

Motion to Compel (Docket No. 51) and Motion for Sanctions (Docket No. 57) filed with this Court on

July 23, 2012. The Motions are hereby vacated. The parties' agreement is memorialized in Exhibits 1-5 to this stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: August 3, 2012

s/ F. Jerome Tapley
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com; rlutz@cwcd.com

Clayeo C. Arnold SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
CLAYEO C. ARNOLD
A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-mail: kirk@justice4you.com

Michael F. Ram, SBN 104805
Kirk Boyd, SBN 122759
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com;
kboyd@rocklawcal.com

*Attorneys for Plaintiff and the Class*

DATED: August 3, 2012

s/Matthew J. Schleiffarth
Gregory F. Dyer, SBN 114486
Kristen K. Preston, SBN 125455
Matthew J. Schleiffarth, SBN 260890
JONES & DYER
1800 J Street
Sacramento, California 95811

Case No. 3:11-cv-02378-EDL        2
Stipulation And Order Vacating Defendant's Motion To Compel And Motion For Sanctions

| | |
|---|---|
| 1 | Telephone: (916) 552-5959 |
| | Fax: (916) 442-5959 |
| 2 | *Attorneys for Defendant Miles Industries, Ltd.* |

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

DATE: August 6, 2012

Hon. Judge Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Case No. 3:11-cv-02378-EDL           3
Stipulation And Order Vacating Defendant's Motion To Compel And Motion For Sanctions