1 **JONES & DYER**
**A Professional Corporation**
2 **1800 J Street**
**Sacramento, California 95811**
3 **Telephone: (916) 552-5959**
**Fax: (916) 442-5959**
4
**GREGORY F. DYER, SBN 114486**
5 **KRISTEN K. PRESTON, SBN 125455**
**MATTHEW J. SCHLEIFFARTH, SBN 260890**
6
7 Attorneys for Defendant, Cross-Claimant,
Third-Party Complainant, Miles Industries, Ltd.

8 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9 (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| 10 | MELISSA PANICO, individually, and as mother and next friend of SIGNE WHELAN and OSCAR WHELAN, | ) NO. 3:11-CV-02378-EDL<br>) 3:11-CV-02146-EDL (related case)<br>) |
| 11 | | ) |
| 12 | Plaintiffs | ) **STIPULATION AND ORDER FOR**<br>) **APPEARANCE AT MENTAL** |
| 13 | v. | ) **EXAMINATION**<br>) **[FRCP 35]** |
| 14 | BDR THERMEA, BAXI GROUP, and MILES INDUSTRIES, LTD., | ) |
| 15 | Defendants<br>_____ | ) |
| 16 | AND RELATED ACTIONS | ) |
| 17 | _____ | ) |
| 18 | | |

19      Pursuant to Federal Rules of Civil Procedure, Rule 35, it is hereby stipulated by and between

20 the parties hereto, by and through their respective counsel, as follows:

21      1.      Plaintiff MELISSA PANICO has placed her mental condition at issue, seeking

22 damages related to severe emotional distress and post traumatic stress that she alleges in her

23 complaint.

24      2.      Defendant has requested that the plaintiff MELISSA PANICO appear for a mental

25 examination on August 29, 2012, at 10:00 a.m., at Howden & Associates, 3500 Lakeside Court,

26 Suite 205, Reno, Nevada 89509, (775) 826-8833, for a mental examination by Dean C. Delis, Ph.D.,

27 a licensed psychologist anticipated to be six hours in duration with a one hour lunch break that will

28 include a clinical interview (approximately 2.5 hours), administration of the Minnesota Multiphasic

Personality Inventory - (approximately 1.5 hours) and the Detailed Assessment of Post Traumatic Stress (DAPS) (approximately 1 hour).

3. Plaintiff MELISSA PANICO has agreed to appear for the examination at the designated date, time and location to be specified.

4. Following the examination, defendant will provide plaintiff with a report consistent with the requirements of Federal Rules of Civil Procedure, Rule 35.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

ARNOLD LAW FIRM

DATED: August 10, 2012       BY:   /s/ KIRK J. WOLDEN
                                    CLAYEO C. ARNOLD
                                    CLIFFORD L. CARTER
                                    KIRK J. WOLDEN
                                    Attorneys for Plaintiffs, MELISSA PANICO
                                    individually, and as mother and next friend of
                                    SIGNE WHELAN and OSCAR WHELAN and
                                    Third Party Defendant SEAN WHELAN


CORY, WATSON, CROWDER & DEGARIS, P.C.

DATED: August 10, 2012       BY:   /s/ F. JEROME TAPLEY
                                    ERNEST CORY
                                    F. JEROME TAPLEY
                                    HIRLYE R. RYAN LUTZ, III
                                    Attorneys for Plaintiffs, MELISSA PANICO
                                    individually, and as mother and next friend of
                                    SIGNE WHELAN and OSCAR WHELAN


JONES & DYER
DATED: August 10, 2012

                             BY:   /s/ KRISTEN K. PRESTON
                                    GREGORY F. DYER
                                    KRISTEN K. PRESTON
                                    Attorney for Defendant, Miles Industries, Ltd.

STIPULATION AND ORDER FOR APPEARANCE AT MENTAL EXAMINATION [FRCP 35]

**ORDER**

Pursuant to the stipulation, it is so ordered.

Dated: August 15, 2012

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE