**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**GREGORY F. DYER, SBN 114486**
**KRISTEN K. PRESTON, SBN 125455**
**MATTHEW J. SCHLEIFFARTH, SBN 260890**

Attorneys for Defendant, Cross-Claimant,
Third-Party Complainant, Miles Industries, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MELISSA PANICO, individually, and as mother and next friend of, SIGNE WHELAN and OSCAR WHELAN, <br><br> Plaintiffs, <br> vs. <br><br> BDR THERMEA, BAXI GROUP, and MILES INDUSTRIES, LTD. <br><br> Defendants. <br><br> AND RELATED ACTIONS | NO. 3:11-CV-11-02378- EDL <br> 3:11-CV-11-02146-EDL (related case) <br><br> **STIPULATION AND ORDER VACATING DEFENDANT'S MOTION FOR ORDER FOR MENTAL EXAMINATION (DOCKET 64)** |

A stipulation with proposed order for mental examination was filed on August 13, 2012. (Docket No. 74.) On August 15, 2012, the court issued an order for mental examination. (Docket No. 75.) This order resolves the dispute between the parties giving rise to defendant's motion for order for mental examination filed on July 27, 2012. (Docket No. 64.)

On the basis of the deposition testimony of Simone Rodin, Ph.D., that was given on August 8, 2012, plaintiff Melissa Panico by and through her attorneys of record withdrew her prior objection and stipulated to an order for mental examination. That order was issued by the court on August 15, 2012. (See Docket No. 75).

Plaintiff Melissa Panico has expressed her concerns that the scope of the examination be limited to facts or information reasonably necessary to allow Dean C. Delis, Ph.D., to perform his

STIPULATION & ORDER VACATING DEFENDANT'S MOTION FOR ORDER FOR MENTAL EXAMINATION
CASE NO. 3:11-CV-02378-EDL (3:11-CV-02146-EDL (related case))
-1-

clinical evaluation of plaintiff's emotional distress and post traumatic stress for which she claims damages and plaintiff reserves her right to raise objections to the report, opinions or testimony on that basis.

The motion is hereby vacated and the parties agreement is memorialized in this Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                                        ARNOLD LAW FIRM

DATED: August 15, 2012        BY: /s/ KIRK J. WOLDEN
                                        CLAYEO C. ARNOLD
                                        CLIFFORD L. CARTER
                                        KIRK J. WOLDEN
                                        Attorneys for Plaintiffs, MELISSA PANICO individually, and as mother and next friend of SIGNE WHELAN and OSCAR WHELAN and Third Party Defendant SEAN WHELAN

                                        CORY, WATSON, CROWDER & DEGARIS, P.C.

DATED: August 15, 2012        BY: /s/ F. JEROME TAPLEY
                                        ERNEST CORY
                                        F. JEROME TAPLEY
                                        HIRLYE R. RYAN LUTZ, III
                                        Attorneys for Plaintiffs, MELISSA PANICO individually, and as mother and next friend of SIGNE WHELAN and OSCAR WHELAN

DATED: August 15, 2012        JONES & DYER

                                        BY: /s/ KRISTEN K. PRESTON
                                        GREGORY F. DYER
                                        KRISTEN K. PRESTON
                                        MATTHEW J. SCHLEIFFARTH
                                        Attorneys for Defendant, Cross-Claimant, Third-Party Complainant, Miles Industries, Ltd.

## **ORDER**

Pursuant to the stipulation of the parties, it is so ordered.

Dated: August 21, 2012

                                                                 ELIZABETH D. LAPORTE
                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28