IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PANICO, et al., | No. C -11-02378 EDL |
| Plaintiffs, | **ORDER RE: <u>IN CAMERA</u> REVIEW** |
| v. | |
| BDR THERMEA, et al., | |
| Defendants. | |

On August 6, 2012, the Court issued an order regarding Plaintiff's Motion to Quash Subpoena, requiring Plaintiff to lodge psychotherapy records from 2005-2006 from Dr. Klein for <u>in camera</u> review. In that order, the Court stated that any connection between Plaintiff's pre-marital therapy with Dr. Klein and her emotional distress at issue in this case appeared to be somewhat remote in time and tenuous at best. The Court concluded that if Plaintiff intended to identify issues within her marriage as injuries that she suffered as a result of her emotional distress arising from the incident in this case, it was possible that some of Dr. Klein's records may be relevant. The Court agreed to review Dr. Klein's records <u>in camera</u>. On August 16, 2012, Plaintiff lodged Dr. Klein's records.

After careful review, the Court finds that although the fact that Plaintiff and her husband needed relationship counseling prior to their marriage is relevant to the extent that Plaintiff intends to seek emotional distress damages arising from problems in her marriage, the records contain information that is remote in time and private, yet, at best, tangentially related to this case. Moreover, the Court concludes that disclosure of the full content the records themselves is not necessary in light of their limited relevance balanced against Plaintiff's and her husband's privacy, provided that Plaintiff stipulates to the following facts which appear relevant to her emotional

distress claim: Dr. Klein's records consist of three typewritten pages summarizing fifteen sessions of couples counseling taking place between October 2005 and February 2006 with Plaintiff and her husband. The records indicate that: Plaintiff and her husband had recently rekindled their relationship as of October 2005. During the time that they were meeting with Dr. Klein, they had a number of arguments, which they discussed in their sessions. They were working with Dr. Klein on learning ways to communicate more effectively with each other. At the last session on February 28, 2006, Plaintiff's husband requested one month of no contact between them to reflect on whether they wanted to keep trying to be together, with contact to be resumed on April 1, 2006.

IT IS SO ORDERED.

Dated: August 24, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge