IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PANICO, et al., | No. C -11-02378 EDL |
| Plaintiffs, | **ORDER SETTING PRETRIAL AND TRIAL DATE** |
| v. | |
| MILES INDUSTRIES, | |
| Defendant. | |

The pretrial conference in this matter is continued to July 29, 2014 at 2:00 p.m. Due to Defendant's lead counsel's vacation schedule, Defendant may be represented by co-counsel at the pretrial conference. Trial is continued to August 18, 2014.

**IT IS SO ORDERED.**

Dated: February 12, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge