Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CARTER WOLDEN CURTIS, LLP
1111 Exposition Blvd., Suite 602
Sacramento, CA 95815
Telephone: (916) 567-1111
Facsimile: (916) 567-1112
Email: kirk@cwclawfirm.com; cliff@cwclawfirm.com

F. Jerome Tapley (*Pro Hac Vice*)
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com; rlutz@cwcd.com

Michael F. Ram, SBN 104805
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com; kboyd@rocklawcal.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELISSA PANICO, individually and as mother and next friend of SIGNE WHELAN and OSCAR WHELAN, and SEAN WHELAN,<br><br>            Plaintiffs,<br>    vs.<br><br>MILES INDUSTRIES LTD.<br><br>            Defendant. | Case No.: 3:11-cv-02378-EDL<br>          3:11-cv-02146-EDL (related case)<br><br>[~~PROPOSED~~] MODIFICATION TO CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL |

[PROPOSED] MODIFICATION TO CASE MANAGEMENT
AND PRETRIAL ORDER FOR JURY TRIAL                                                                        1
Case No.: 3:11-cv-02378-EDL; 3:11-cv-02146-EDL (related case)

WHEREAS:

1. The date to complete expert discovery for Plaintiffs' personal injury claims pursuant to the Court's Case Management and Pretrial Order for Jury Trial as modified is currently March 7, 2014;

2. After consultation between Plaintiffs' counsel and Dr. Vu's office, Hugh Vu, M.D., a treating physician of Plaintiff Signe Whelan, was served with a subpoena and notice of deposition for deposition on March 6, 2014 at 4:30 p.m; and

3. Dr. Vu's office has now advised that Dr. Vu is unavailable for deposition on that date and time;

IT IS HEREBY STIPULATED and agreed by the PARTIES that the current Case Management and Pretrial Order for Jury Trial be modified in the following specific manner:

1. The date for completion of expert discovery on Plaintiff's personal injury claims shall be extended until April 30, 2014, solely for purposes of completing the deposition of Hugh Vu, M.D.

IT IS SO STIPULATED:

Date: March 3, 2014                JONES & DYER

By:_____/s/_____
    KRISTEN PRESTON
    Attorney for Defendants

Date: March 3, 2014                CARTER WOLDEN CURTIS, LLP

By:_____/s/_____
    KIRK J. WOLDEN
    Attorney for Plaintiffs

[PROPOSED] MODIFICATION TO CASE MANAGEMENT
AND PRETRIAL ORDER FOR JURY TRIAL                                          2
Case No.: 3:11-cv-02378-EDL; 3:11-cv-02146-EDL (related case)

1  IT IS SO ORDERED:

2

3  Date:  March  3  , 2014

                                            ELIZABETH D. LAPORTE
4                                             United States Chief Magistrate Judge

28  [PROPOSED] MODIFICATION TO CASE MANAGEMENT
AND PRETRIAL ORDER FOR JURY TRIAL                                                   3
Case No.: 3:11-cv-02378-EDL; 3:11-cv-02146-EDL (related case)