IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PANICO, et al., | No. C -11-02378 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| MILES INDUSTRIES, LTD., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a status conference is scheduled for July 1, 2014, at 10:00 AM, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

The Court will permit telephonic appearances. To the extent counsel is inclined to make a telephonic appearance, counsel must contact the Court's courtroom deputy by June 27, 2014, at 415-522-3694, to provide the Court with a direct dial number to call for the appearance.

**IT IS SO ORDERED.**

Dated: June 26, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge