UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PANICO, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>MILES INDUSTRIES LTD.,<br><br>    Defendant. | Case No. 11-cv-02378-EDL<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING MINOR'S COMPROMISE** |

On October 14, 2014, the Court held a hearing on Plaintiffs' Motion for Order Approving Minor's Compromise. For the reasons stated at the hearing, the Court grants Plaintiffs' Motion. The gross amount or value of the settlement, including the portion dedicated to the claims of the minors, is $1,290,000.00. Defendant shall disburse the proceeds of this settlement in the following manner:

1. $719,514.00 is to be placed in a purchased single premium annuity pursuant to the provisions outlined in the Petition on behalf of and for the sole benefit of claimant Signe Whelan;

2. $80,500.00 is to be placed in a purchased single premium annuity pursuant to the provisions of the Petition on behalf of and for the sole benefit of claimant Oscar Whelan;

3. Attorney's fees in the total amount of $216,621.50 payable to Cory Watson Crowder & DeGaris;

4. Costs in the total amount of $90,000.00 payable to the firms of Carter Wolden Curtis, LLP, Cory Watson Crowder & DeGaris, and the Arnold Law Firm; and

5. $183,364.50 is to be paid to Melissa Panico, individually.

1  6.  There are no liens for medical, hospital, ambulance, nursing or other like expenses.

2  **IT IS SO ORDERED**.

3  Dated:  October 20, 2014

4  _____
ELIZABETH D. LAPORTE
United States Magistrate Judge